RICHLAND COUNTY BAR ASSOCIATION *v.* DAVIS.

[Cite as *Richland Cty. Bar Assn. v. Davis* (1994), 70 Ohio St.3d 148.]

(No. 94–965—Submitted June 15, 1994—Decided August 31, 1994.)

*Donald R. Teffner,* for relator.
*Charles W. Kettlewell,* for respondent.

---

*Per Curiam.* We concur in the findings and recommendation of the board. Respondent is hereby suspended from the practice of law in Ohio for two years with one year suspended on the conditions set forth by the board. Costs taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK and F.E. SWEENEY, JJ., concur.

PFEIFER, J., dissents and would order a six-month suspension, stayed on conditions.